**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00934-GPG

(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

PETER EDWARD DUNKER,

      Applicant,

v.

DAVID ZUPAN, Warden CTCF,
CYNTHIA COFFMAN, Attorney General of the State of Colorado,

      Respondents.

---

**SECOND ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES**

---

On May 1, 2015, Applicant, a Colorado state prisoner, filed *pro se*, an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. (ECF No. 1).  On May 7, 2015, as part of the court's review pursuant to D.C.COLO.LCivR 8.1(b), the court ordered Applicant to cure certain designated deficiencies in his application within thirty days of the date of the order. (ECF No. 3).  Specifically, the Court ordered applicant to file his § 2254 application using the current court-approved form and to either pay the filing fee or file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action. (*Id.*)

On June 11, 2015, Applicant filed an Amended § 2254 Application. (ECF No. 4). Upon review, the court has determined that the submitted document is still deficient.  As noted below, Applicant has failed to pay the filing fee or file a Prisoner's Motion and

Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action as previously instructed by the Court.  Additionally, the habeas application is incomplete because Applicant failed to complete the "Timeliness of Application" section.  Lastly, the amended application requires a correct date that it was signed; the amended application filed on June 11, 2015 states the applicant signed it on April 27, 2015, which was the same day he signed the original application.  The Court will provide Applicant with one additional opportunity to cure the following if he wishes to pursue his claims.   Any papers that Applicant files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   _x_   is not submitted
(2)   __   is missing affidavit
(3)   __   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   __   is missing certificate showing current balance in prison account
(5)   __   is missing required financial information
(6)   __   is missing authorization to calculate and disburse filing fee payments
(7)   __   is missing an original signature by the prisoner
(8)   __   is not on proper form (must use the court's current form)
(9)   __   names in caption do not match names in caption of complaint, petition or habeas application
(10)  _x_  other: instead of filing a §1915 motion and supporting documents, applicant may pay the $5.00 filing fee.

**Complaint, Petition or Application**:
(11)  __   is not submitted
(12)  __   is not on proper form
(13)  __   is missing an original signature by the prisoner
(14)  _x_  is incomplete (must complete "Timeliness of Application" section.
(15)  __   uses et al. instead of listing all parties in caption
(16)  __   names in caption do not match names in text
(17)  __   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18)  _x_  other: Date of signature must be actual date that amended application was signed.

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Applicant files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Applicant shall obtain the court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 forms (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if Applicant fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED June 17, 2015, at Denver, Colorado.

BY THE COURT:

s/ Gordon P. Gallagher
United States Magistrate Judge