**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00934-GPG

PETER EDWARD DUNKER,

    Applicant,

v.

DAVID ZUPAN, Warden CTCF,
CYNTHIA COFFMAN, Attorney General of the State of Colorado,

    Respondents.

## THIRD ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES

On May 1, 2015, Applicant, a Colorado state prisoner, filed *pro se*, an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. (ECF No. 1). On May 7, 2015, as part of the court's review pursuant to D.C.COLO.LCivR 8.1(b), the court ordered Applicant to cure certain designated deficiencies in his application within thirty days of the date of the order. (ECF No. 3). Specifically, the Court ordered applicant to file his § 2254 application using the current court-approved form and to either pay the filing fee or file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action. (*Id.*)

On June 11, 2015, Applicant filed an Amended § 2254 Application. (ECF No. 4). Upon review, the court again determined that the submitted document was still deficient. (ECF No. 5). Specifically, Applicant failed to pay the filing fee or file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus

Action as previously instructed by the Court. Additionally, the habeas application was incomplete because Applicant failed to complete the "Timeliness of Application" section. Further, the amended application contained an incorrect date that it was signed. The Court directed Applicant to cure the designated deficiencies if he wished to pursue his claims.

On July 17, 2015, Applicant filed an Amended Application (ECF No. 6) and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 7). However, the Court has determined that the submitted documents are still deficient as outlined below. Applicant will be given one last opportunity to cure the designated deficiencies.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1) __ is not submitted
(2) __ is missing affidavit
(3) __ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) xx is missing certificate showing current balance in prison account
(5) __ is missing required financial information
(6) __ is missing authorization to calculate and disburse filing fee payments
(7) __ is missing an original signature by the prisoner
(8) __ is not on proper form (must use the court's current form)
(9) __ names in caption do not match names in caption of complaint, petition or habeas application
(10) xx other: Applicant has submitted the Prisoner's § 1915 Motion and Affidavit **for filing a Civil Case** instead of a § 1915 Motion and Affidavit **for filing a Habeas Application**.

**Complaint, Petition or Application**:
(11) __ is not submitted
(12) __ is not on proper form
(13) __ is missing an original signature by the prisoner
(14) __ is incomplete
(15) __ uses et al. instead of listing all parties in caption
(16) __ names in caption do not match names in text
(17) __ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application

(18) __  other:.

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Applicant files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Applicant shall obtain the court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if Applicant fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED July 23, 2015, at Denver, Colorado.

BY THE COURT:

s/ Gordon P. Gallagher
United States Magistrate Judge